B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Actors Studio Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA John Robert Powers** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**68-0489948** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**800 KING FARM BLVD #145**<br>**ROCKVILLE, MD**<br>ZIP Code **20850** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**MONTGOMERY** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**702 KING FARM BLVD #125**<br>**ROCKVILLE, MD**<br>ZIP Code **20850** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **800 KING FARM BLVD #145**<br>**Rockville, MD 20850** |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Actors Studio Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)         Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Actors Studio Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

X **/s/ Thomas M. Dunlap**
  Signature of Attorney for Debtor(s)

  **Thomas M. Dunlap 27525**
  Printed Name of Attorney for Debtor(s)

  **Dunlap, Grubb & Weaver, PLLC**
  Firm Name
  **199 Liberty St, SW**
  **Leesburg, VA 20175-2715**

  Address

               **Email: mail@dglegal.com**
  **703-777-7319 Fax: 703-777-3656**
  Telephone Number

  **March  8, 2010**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Caceres**
  Signature of Authorized Individual
  **George Caceres**
  Printed Name of Authorized Individual
  **President**
  Title of Authorized Individual
  **March  8, 2010**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **Actors Studio Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **4382048 Canada Inc.**<br>**Lotus Realty Inc.**<br>**400 Sauve West**<br>**Montreal QC H3L 1Z8** | **4382048 Canada Inc.**<br>**Lotus Realty Inc.**<br>**400 Sauve West**<br>**Montreal QC H3L 1Z8** | **Montreal Canada Lease**<br>**Actors Studio is Guarantor only** | | **33,616.08** |
| **BROADWING (LEVEL 3 COMMUICATIONS LLC)**<br>**712 N. MAIN ST**<br>**COUDERSPORT, PA 16915** | **BROADWING (LEVEL 3 COMMUICATIONS LLC)**<br>**712 N. MAIN ST**<br>**COUDERSPORT, PA 16915** | **Utility Bill PHONES** | | **4,225.03** |
| **CLEAR CHANNEL BROADCASTING INC**<br>**5567 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | **CLEAR CHANNEL BROADCASTING INC**<br>**5567 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | **Other Bill** | | **56,680.00** |
| **CUMMING & PARTNERS**<br>**PEINA GUAN ACCOUNTING**<br>**10TH FLOOR, 45 ST CLAIR AVENUE WEST**<br>**TORONTO, ON M4V 1K9, MD 20850** | **CUMMING & PARTNERS**<br>**PEINA GUAN ACCOUNTING**<br>**10TH FLOOR, 45 ST CLAIR AVENUE WEST**<br>**TORONTO, ON M4V 1K9, MD 20850** | **Other Bill** | | **2,685.00** |
| **FIORE FLORAL**<br>**FALLSGROVE VILLAGE CENTER**<br>**14937-A SHADY GROVE RD**<br>**ROCKVILLE, MD 20850** | **FIORE FLORAL**<br>**FALLSGROVE VILLAGE CENTER**<br>**14937-A SHADY GROVE RD**<br>**ROCKVILLE, MD 20850** | **Other Bill** | | **1,583.68** |
| **IKON OFFICE SOLUTIONS**<br>**855 WINDING BROOK DRIVE**<br>**GLASTONBURY, CT 06033** | **IKON OFFICE SOLUTIONS**<br>**855 WINDING BROOK DRIVE**<br>**GLASTONBURY, CT 06033** | **Other Bill** | | **2,028.06** |
| **JM ROSE**<br>**5236 TOPANGA CANYON BLVD**<br>**WOODLAND HILLS, CA 91364** | **JM ROSE**<br>**5236 TOPANGA CANYON BLVD**<br>**WOODLAND HILLS, CA 91364** | **Other Bill** | | **7,175.00** |
| **LAMBDA GRAPHICS**<br>**1125 NORTH MCCADDEN PLACE  SUITE 108**<br>**LOS ANGELES, CA 90038** | **LAMBDA GRAPHICS**<br>**1125 NORTH MCCADDEN PLACE SUITE 108**<br>**LOS ANGELES, CA 90038** | **Other Bill** | | **2,719.85** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Actors Studio Inc.**                                    Case No.                               

                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Level (3)<br>P.O. Box 952061<br>Saint Louis, MO 63195-2061 | Level (3)<br>P.O. Box 952061<br>Saint Louis, MO 63195-2061 | Phone services. | | 4,225.03 |
| MICHAEL PALANCE<br>702 KING FARM BLVD<br>ROCKVILLE, MD 20850 | MICHAEL PALANCE<br>702 KING FARM BLVD<br>ROCKVILLE, MD 20850 | Other Bill<br>PERSONAL<br>CREDIT CARD | | 1,680.97 |
| MUZAK<br>MUZAK OA<br>3318 LAKEMONT BLVD<br>FORT MILL, SC 29708 | MUZAK<br>MUZAK OA<br>3318 LAKEMONT BLVD<br>FORT MILL, SC 29708 | Other Bill | | 1,538.73 |
| NATIONAL CINEMEDIA, LLC<br>9100 E. Nichols Ave<br>Suite 200<br>Englewood, CO 80112 | NATIONAL CINEMEDIA, LLC<br>9100 E. Nichols Ave<br>Suite 200<br>Englewood, CO 80112 | Other Bill | | 10,350.00 |
| One Irvington Centre Associate<br>ACP Mid-Atlantic LLC<br>2350 Corporate Park Dr., #110<br>Herndon, VA 20171 | One Irvington Centre Associate<br>ACP Mid-Atlantic LLC<br>2350 Corporate Park Dr., #110<br>Herndon, VA 20171 | 702 King Farm<br>Blvd<br>Ste. 130 | | 24,828.69 |
| One Irvington Centre Associate<br>ACP Mid-Atlantic LLC<br>2350 Corporate Park Dr., #110<br>Herndon, VA 20171 | One Irvington Centre Associate<br>ACP Mid-Atlantic LLC<br>2350 Corporate Park Dr., #110<br>Herndon, VA 20171 | 702 King Farm<br>Blvd<br>Ste. 125 | | 49,667.03 |
| THE GROVE HOTEL<br>245 SOUTH CAPITOL BLVD<br>BOISE, ID 83702 | THE GROVE HOTEL<br>245 SOUTH CAPITOL BLVD<br>BOISE, ID 83702 | Other Bill | | 3,286.38 |
| Three Irvington Ctr Associates<br>ACP Mid-Atlantic LLC<br>2350 Corporate Park Dr., #110<br>Herndon, VA 20171 | Three Irvington Ctr Associates<br>ACP Mid-Atlantic LLC<br>2350 Corporate Park Dr., #110<br>Herndon, VA 20171 | Past due payments<br>on lease | | 150,408.37 |
| WHUR-FM<br>529 BRYANT STREET<br>NW WASHINGTON, DC 20059 | WHUR-FM<br>529 BRYANT STREET<br>NW WASHINGTON, DC 20059 | Other Bill | | 36,715.00 |
| WIAD-FM<br>CBS RADIO WASHINGTON DC<br>4200 PARLIAMENT PLACE<br>SUITE 300<br>LANHAM, MD 20706 | WIAD-FM<br>CBS RADIO WASHINGTON DC<br>4200 PARLIAMENT PLACE SUITE 300<br>LANHAM, MD 20706 | Other Bill | | 2,800.00 |
| WJZW-(Szabo Associates, Inc.)<br>3355 LENOX ROAD<br>NINTH FLOOR<br>ATLANTA, GA 30326 | WJZW-(Szabo Associates, Inc.)<br>3355 LENOX ROAD<br>NINTH FLOOR<br>ATLANTA, GA 30326 | Other Bill | | 2,955.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Actors Studio Inc.**                                              Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WPGC-FM<br>CBS RADIO WASHINGTON, DC<br>4200 PARLIAMENT PLACE SUITE 300<br>LANHAM, MD 20706** | **WPGC-FM<br>CBS RADIO WASHINGTON, DC<br>4200 PARLIAMENT PLACE SUITE 300<br>LANHAM, MD 20706** | **Other Bill** | | **11,824.40** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  8, 2010**                               Signature   **/s/ George Caceres**
                                                                              **George Caceres**
                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Actors Studio Inc.**
_____,    Case No. _____

                                          Debtor

                                                Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 49,223.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 419,896.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 49,223.53 | | |
| Total Liabilities | | | | 419,896.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Maryland

In re    **Actors Studio Inc.**

                                             ,
Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re **Actors Studio Inc.**                                                                          ,          Case No. _____
                                                                                                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
|  |  |  | Total > | **0.00** | |
|  |  |  | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Actors Studio Inc.**                                ,        Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: CHEVY CHASE BANK CHECKING ACCOUNT ENDING IN 0785**<br><br>**Location: CHEVY CHASE BANK<br>802 PLEASANT DRIVE<br>ROCKVILLE, MD 20850** | - | 1,841.16 |
| | | **Bank Account: US BANK CHECKING ACCOUNT ENDING IN 0058**<br><br>**Location: US BANK<br>8000 LYNDALE AVE<br>BLOOMINGTON, MN 55420** | - | 8,682.37 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Office: 7 COMPAQ EVO T20 W/7 MONITORS<br>1 HP DESKTOP TOWER W/ MONITOR<br>1 SONY VAIO<br>Location: 800 KING FARM BLVD. # 145<br>ROCKVILLE, MD 20850** | - | 1,500.00 |
| | | **Office: 9 PHONES<br>1 RECEPTIONIST PHONE AND SWITCHBOARD PHONE SYSTEM<br>Location: 800 KING FARM BLVD #145<br>ROCKVILLE, MD 20850** | - | 1,800.00 |
| | | **Furniture: 5 STANDARD DESKS<br>1 CONFERENCE DESK<br>2 SMALL DESKS<br>1 L SHAPED DESK<br>1 LARGE DESK<br>1 LARGE T SHAPED DESK<br>1 RECEPTIONIST DESK<br>Location: 800 KING FARM BLVD #145<br>ROCKVILLE, MD 20850** | - | 2,000.00 |

                                                  Sub-Total >      **15,823.53**

                                          (Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Actors Studio Inc.**                                                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Furniture: 6 LEATHER CHAIRS WITH WOODEN ARMS<br>2 MESH CHAIRS<br>5 LEATHER CHAIRS W/PLASTIC ARMS<br>16 FABRIC CHAIRS<br>8 BLACK LEATHER CHAIRS<br>Location: 800 KING FARM BLVD #145 ROCKVILLE, MD 20850 | - | 1,500.00 |
| | | Furniture: 4 METAL FILING CABINETS - 4 DRAWS<br>1 WOODEN -2 DRAWER CABINET<br>3 METAL - 2 DRAWER CABINET<br>1 WOODEN BOOKSHELF<br>1 WOODEN CREDENZA<br>Location: 800 KING FARM BLVD #145 ROCKVILLE, MD 20850 | - | 2,000.00 |
| | | Furniture: 2 FABRIC COUCHES<br>2 LEATHER CHAIRS - WOODEN FRAMES<br>2 FULLY LEATHER CHAIRS<br>Location: 800 KING FARM BLVD #145 ROCKVILLE, MD 20850 | - | 1,000.00 |
| | | Office: 1HP LASERJET P3005DN<br>1 1 BROTHER INTELLIFAX 2820<br>Location: 800 KING FARM BLVD #145 ROCKVILLE, MD 20850 | - | 500.00 |
| | | Audio-Video: 2 JVC DIGITAL VIDEO CAMERAS<br>2 SAMSUNG DIGITAL DVD<br>1 CANON POWER SHOT A 560 7.1 MEGAPIXEL<br>5 FLAT SCREENS TV<br>1 15' TV<br>4 27' TV<br>1 ROLLING CART<br>4 VCRS<br>2 BOOM BOXES<br>Location: 800 KING FARM BLVD #145 ROCKVILLE, MD 20850 | - | 5,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Collectibles: 103 - FRAME POSTERS PICTURES<br>4 PICTURES OF ART WORK<br>Location: CORPORTATE<br><br>702 KING FARM BLVD. #125 ROCKVILLE, MD 20850 | - | 21,400.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

|  | Sub-Total > | 31,900.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Actors Studio Inc.**                                                   ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Musical: ROLAND ELECTRIC PIANO WITH BENCH** **Location: 800 KING FARM BLVD #145** **ROCKVILLE, MD 20850** | - | 1,200.00 |
| | | **Sports-Hobby: CANOPY TENT 10 X 10** **Location: 800 KING FARM BLVD #145** **ROCKVILLE, MD 20850** | - | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          1,500.00
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Actors Studio Inc.**                                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Actors Studio Inc.**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **49,223.53** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Actors Studio Inc.**
_____,     Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07)

.

In re  **Actors Studio Inc.**                                         ,     Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Actors Studio Inc.**                        ,      Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**4382048 Canada Inc.**<br>**Lotus Realty Inc.**<br>**400 Sauve West**<br>**Montreal QC H3L 1Z8** | - | | **Montreal Canada Lease**<br>**Actors Studio is Guarantor only** | | | | 33,616.08 |
| Account No. **935335P**<br><br>**BROADWING (LEVEL 3 COMMUICATIONS LLC)**<br>**712 N. MAIN ST**<br>**COUDERSPORT, PA 16915** | | | **Utility Bill PHONES** | | | | 4,225.03 |
| Account No. **2907**<br><br>**CLEAR CHANNEL BROADCASTING INC**<br>**5567 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | - | | **Other Bill** | | | | 56,680.00 |
| Account No. **6516360919 - CORP EXPRESS**<br><br>**CORPORATE EXPRESS**<br>**PO BOX 95708**<br>**CHICAGO, IL 60694-5708** | - | | **Other Bill** | | | | 545.62 |

__6__  continuation sheets attached

                                Subtotal
                        (Total of this page)    **95,066.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Actors Studio Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **INVOICE 09340**<br><br>**CUMMING & PARTNERS**<br>**PEINA GUAN ACCOUNTING**<br>**10TH FLOOR, 45 ST CLAIR AVENUE WEST**<br>**TORONTO, ON M4V 1K9, MD 20850** | - | | | Other Bill | | | | 2,685.00 |
| Account No. **CUSTOMER # 13665**<br><br>**DATAWATCH SYSTEM**<br>**SUITE 500 4401 EAST WEST HIGHWAY**<br>**BETHESDA, MD 20814** | - | | | Other Bill | | | | 783.26 |
| Account No.<br><br>**FIORE FLORAL**<br>**FALLSGROVE VILLAGE CENTER**<br>**14937-A SHADY GROVE RD**<br>**ROCKVILLE, MD 20850** | - | | | Other Bill | | | | 1,583.68 |
| Account No. **1305654-COMBINED INV**<br><br>**IKON FINANCIAL SERVICES**<br>**PO BOX 41564**<br>**PHILADELPHIA, PA 19101-1564** | - | | | Other Bill | | | | 1,535.50 |
| Account No. **4716053**<br><br>**IKON OFFICE SOLUTIONS**<br>**855 WINDING BROOK DRIVE**<br>**GLASTONBURY, CT 06033** | - | | | Other Bill | | | | 2,028.06 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,615.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Actors Studio Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **680489948 001** <br><br> **JM ROSE** <br> **5236 TOPANGA CANYON BLVD** <br> **WOODLAND HILLS, CA 91364** | | - | Other Bill | | | | 7,175.00 |
| Account No. <br><br> **LAMBDA GRAPHICS** <br> **1125 NORTH MCCADDEN PLACE** <br> **SUITE 108** <br> **LOS ANGELES, CA 90038** | | - | Other Bill | | | | 2,719.85 |
| Account No. **xxx335P** <br><br> **Level (3)** <br> **P.O. Box 952061** <br> **Saint Louis, MO 63195-2061** | | - | Phone services. | | | | 4,225.03 |
| Account No. **1983163** <br><br> **MARCUS THEATRES CORPORATION** <br> **3916 S BUINESS PARK AVE** <br> **PO BOX 1267** <br> **MARSHFIELD, WI 54449-7267** | | - | Other Bill | | | | 1,400.00 |
| Account No. **4488 4898 0035 8515** <br><br> **MICHAEL PALANCE** <br> **702 KING FARM BLVD** <br> **ROCKVILLE, MD 20850** | | - | Other Bill PERSONAL CREDIT CARD | | | | 1,680.97 |

Sheet no. __**2**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **17,200.85**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Actors Studio Inc.**                                                      ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **INVOICE 20313** <br><br>**MRA COMPLETE GRAPHICS** <br>**520 S. CLAUDINA ST UNIT O** <br>**ANAHEIM, CA 92805** | - | | Other Bill | | | | 336.00 |
| Account No. **171123** <br><br>**MUZAK** <br>**MUZAK OA** <br>**3318 LAKEMONT BLVD** <br>**FORT MILL, SC 29708** | - | | Other Bill | | | | 1,538.73 |
| Account No. **REF # 4617818 CUSTOMER #114224** <br><br>**NATIONAL CINEMEDIA, LLC** <br>**9100 E. Nichols Ave** <br>**Suite 200** <br>**Englewood, CO 80112** | - | | Other Bill | | | | 10,350.00 |
| Account No. **1682-t0035351** <br><br>**One Irvington Centre Associate** <br>**ACP Mid-Atlantic LLC** <br>**2350 Corporate Park Dr., #110** <br>**Herndon, VA 20171** | - | | **702 King Farm Blvd** <br>**Ste. 125** | | | | 49,667.03 |
| Account No. **1682-t0035351** <br><br>**One Irvington Centre Associate** <br>**ACP Mid-Atlantic LLC** <br>**2350 Corporate Park Dr., #110** <br>**Herndon, VA 20171** | - | | **702 King Farm Blvd** <br>**Ste. 130** | | | | 24,828.69 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **86,720.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Actors Studio Inc.**                                    ,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2034107207** | | | | | Utility Bill | | | | |
| PEPCO - SCHOOL PO BOX 4863 TRENTON, NJ 08650 | | - | | | | | | | 1,133.95 |
| Account No. **JOHN ROBERT POWERS** | | | | | Other Bill | | | | |
| PROFESSIONAL IMAGE BY ROSEMARY 223 E 11TH STREEET SIOUX FALLS, SD 57104 | | - | | | | | | | 900.00 |
| Account No. **CLIENT NUMBER 7340** | | | | | Other Bill | | | | |
| THE GROVE HOTEL 245 SOUTH CAPITOL BLVD BOISE, ID 83702 | | - | | | | | | | 3,286.38 |
| Account No. **1638-2620** | | | | | Past due payments on lease | | | | |
| Three Irvington Ctr Associates ACP Mid-Atlantic LLC 2350 Corporate Park Dr., #110 Herndon, VA 20171 | X | - | | | | | | | 150,408.37 |
| Account No. **JOHN R POWE** | | | | | Other Bill | | | | |
| TOTAL REFRIGERATION SERVICE 16000 TRADE ZONE AVE, SUTIE 204 UPPER MARLBORO, MD 20772 | | - | | | | | | | 858.20 |

Sheet no. __4___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,586.90

B6F (Official Form 6F) (12/07) - Cont.

In re     **Actors Studio Inc.**                                    ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **942083** | | | Other Bill | | | | | | |
| **WHUR-FM**<br>**529 BRYANT STREET**<br>**NW WASHINGTON, DC 20059** | - | | | | | | | | 36,715.00 |
| Account No. **185929** | | | Other Bill | | | | | | |
| **WIAD-FM**<br>**CBS RADIO WASHINGTON DC**<br>**4200 PARLIAMENT PLACE SUITE 300**<br>**LANHAM, MD 20706** | - | | | | | | | | 2,800.00 |
| Account No. **COTNRACT NUMBER 402601** | | | Other Bill | | | | | | |
| **WJZW-(Szabo Associates, Inc.)**<br>**3355 LENOX ROAD**<br>**NINTH FLOOR**<br>**ATLANTA, GA 30326** | - | | | | | | | | 2,955.00 |
| Account No. **185929** | | | Other Bill | | | | | | |
| **WLZL**<br>**CBS RADIO WASHINGTON DC**<br>**4200 PARLIAMENT PLACE SUITE 300**<br>**LANHAM, MD 20706** | - | | | | | | | | 200.00 |
| Account No. **185929** | | | Other Bill | | | | | | |
| **WPGC-FM**<br>**CBS RADIO WASHINGTON, DC**<br>**4200 PARLIAMENT PLACE SUITE 300**<br>**LANHAM, MD 20706** | - | | | | | | | | 11,824.40 |

Sheet no. __5___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,494.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Actors Studio Inc.**                              ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Other Bill | | | | |
| **Z101-CKEY** **CKEY/Z-101** **PO BOX 275** **NIAGARA FALLS, NY 14302-9998** | - | | | | | | **1,211.25** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,211.25** |
| Total (Report on Summary of Schedules) | **419,896.08** |

B6G (Official Form 6G) (12/07)

.

In re   **Actors Studio Inc.**                         ,      Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **IKON FINANCIAL SERVICES**<br>**PO BOX 4156**<br>**PHILADELPHIA, PA 19101** | **Lessee on Lease 1305054-COMBINED INV signed 01/03/07 expires 1/3/11 CANON IMAGE RUNNER 5000RM  LEASE IS 48 MOS TC0659** |
| **IKON FINANCIAL SERVICES**<br>**PO BOX 91115**<br>**MACON, GA 31208** | **Lessee on Lease 1305054-COMBINED INV signed 01/3/07 expires 01/03/12 RIC COPIER MPC4500 - LEASE 60 MONTHS TC0658** |
| **IKON OFFICE SOLUTIONS**<br>**855 WINDING BROOK DRIVE**<br>**GLASTONBURY, CT 06033** | **Lessee on Lease 4716053** |
| **MASERATI FINANCIAL SERVICES**<br>**PO BOX 7247-0330**<br>**PHILADELPHIA, PA 19170** | **Lessee on Lease 367763. Debtor intends to continue lease.** |
| **MERCEDES-BENZ FINANCIAL**<br>**PO BOX 9001921**<br>**LOUISVILLE, KY 40290** | **Lessee on Lease 7001467976 signed 10/20/07 expires 10/20/10 G55 AMG. Debtor intends to continue lease.** |
| **MUZAK**<br>**3318 LAKEMONT BLVD**<br>**FORT MILL, SC 29708** | **Lessee on Lease 171123 signed 7/12/05 expires 07/12/10 OFFICE MUSIC** |
| **ONE IRVINGTON CENTRE ASSOCIATES LLC**<br>**ACP MID-ATLANTIC LLC**<br>**2350 CORPORATE PARK DR SUIT 110**<br>**HERNDON, VA 20171** | **Lessee on Lease 1682-T0035351 signed 11/2/05 expires 11/30/12 Lease is for nonresidential real property 702 KING FARM BLVD #125 ROCKVILLE, MD 20850** |
| **ONE IRVINGTON CENTRE ASSOCIATES LLC**<br>**ACP MID-ATLANTIC LLC**<br>**2350 CORPORATE PARK DR SUITE 110**<br>**HERNDON, VA 20171** | **Lessee on Lease 1682-t0035351 signed 02/2008 expires 11/30/2012 Lease is for nonresidential real property 702 KING FARM BLVD #130 ROCKVILLE, MD 20850** |
| **THREE IRVINGTON CENTRE ASSOCIATES**<br>**ACP MID-ATLANTIC LLC**<br>**CORPORATE PARK DR.  SUITE 110**<br>**HERNDON, VA 20171** | **Lessee on Lease 1638-2620 Lease is for nonresidential real property 800 KING FARM BLVD #145 ROCKVILLE, MD 20850** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Actors Studio Inc.**                                                                                      ,        Case No. _____
                                            Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George Caceres**<br>**11300 Glenn Road**<br>**Potomac, MD 20854**<br>  **Guarantor** | **Three Irvington Ctr Associates**<br>**ACP Mid-Atlantic LLC**<br>**2350 Corporate Park Dr., #110**<br>**Herndon, VA 20171** |
| **JRP Vancouver, Inc.**<br>**147 Spadina Ave. Suite 201**<br>**M5V 2L7, Canada**<br>**Toronto, ON**<br>  **Actors Studio Inc. Lease between JRP**<br>**Vancouver, Inc., Front & Simcoe Ltd, APS**<br>**Holdings LTD, Saltsman Family Holdings, LTD,**<br>**and The Fashion Buildling** | **Front & Simcoe Ltd, et. al.**<br>  **Actors Studio Inc. Lease between JRP**<br>**Vancouver, Inc., Front & Simcoe Ltd, APS**<br>**Holdings LTD, Saltsman Family Holdings, LTD,**<br>**and The Fashion Buildling** |
| **Michael Palance**<br>**702 King Farm Blvd**<br>**Rockville, MD 20850**<br>  **Guarantor** | **Three Irvington Ctr Associates**<br>**ACP Mid-Atlantic LLC**<br>**2350 Corporate Park Dr., #110**<br>**Herndon, VA 20171** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **Actors Studio Inc.**                                        Case No.
                                        Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March  8, 2010**                        Signature    **/s/ George Caceres**
                                                    **George Caceres**
                                                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **Actors Studio Inc.**                                 Case No.

                                         Debtor(s)        Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$156,631.65** | **2010 Class and Convention Sales** |
| **$3,106,577.08** | **2009 Class and Convention Sales** |
| **$8,778,479.33** | **2008 Class and Convention Sales** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **CLEAR CHANNEL** **5567 Collection Center Drive** **Chicago, IL 60693** | **11/30/09, 12/4/09, 1/29/10, 2/28/10** | **$52,164.75** | **$27,795.00** |
| **WPGC-FM** **CBS Radio Washington, DC** **4200 Parliament Place Suite 300** **Lanham, MD 20706** | **12/1/09, 12/29/09, 1/14/10** | **$10,585.00** | **$11,824.40** |
| **NASSAU BROADCASTING** | **12/3/2009** | **$2,533.00** | **$0.00** |
| **UNIVISION COMMUNICATIONS** | **12/4/2009** | **$2,231.25** | **$0.00** |
| **RADIO ONE-PRAISE** **5900 Princess Garden Parkway** **7th Floor** **Lanham, MD 20706** | **11/24/2010, 12/16/2009, 1/15/2010** | **$11,550.00** | **$0.00** |
| **COMCAST SPOTLIGHT** **40 W. Guide Drive** **Rockville, MD 20850** | **12/30/2009, 1/20/10, 2/16/10** | **$10,839.00** | **$0.00** |
| **WHUR-FM** **529 Bryant St.** **Washington, DC 20059** | **1/5/2010, 2/4/10** | **$8,925.00** | **$36,715.00** |
| **WTOP** | **1/7/10** | **$3,960.00** | **$0.00** |
| **WTGB** | **1/22/2010** | **$4,800.00** | **$0.00** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **STATE FARM INSURANCE** | **2/11/10** | **$1,854.25** | **$0.00** |
| **MASERATI FINANCIAL SERVICES** PO BOX 7247-0330 PHILADELPHIA, PA 19170 | **12/31/2009, 1/20/2010, 2/18/2010** | **$7,753.95** | **$0.00** |
| **MERCEDES-BENZ FINANCIAL** PO BOX 9001921 LOUISVILLE, KY 40290 | **11/25/2009, 12/21/2009, 1/20/2010, 2/22/2010** | **$8,691.43** | **$0.00** |
| **IKON FINANCIAL SERVICES -COMBINED INV** PO Box 41564 Philadelphia, PA 19101-1564 | **12/28/2009, 1/12/10** | **$1,924.47** | **$770.00** |
| **IKON OFFICE SOLUTIONS** PO Box 41564 Philadelphia, PA 19101-1564 | **1/5/10** | **$2,002.39** | **$1,707.84** |
| **THE HARTFORD** PO BOX 2907 HARTFORD, CT 06104 | **12/30/2009, 2/17/2010** | **$1,462.84** | **$0.00** |
| **CBEYOND** | **11/30/2009, 12/30/2009, 2/1/10** | **$2,650.15** | **$0.00** |
| **GM BUSINESS MANAGEMENT** | **11/5/09, 11/10/09, 11,12/09, 11/17/09, 11/24/09, 12/2/2009, 12/23/09** | **$40,500.00** | **$0.00** |
| **NATIONAL CINEMEDIA, LLC** 9100 E. Nichols Ave Suite 200 Englewood, CO 80112 | **11/24/2009** | **$2,362.50** | **$10,350.00** |
| **WLZL** CBS Radio Washington D.C. 4200 Parliament Place Ste. 300 Lanham, MD 20706 | **1/14/10** | **$2,000.00** | **$200.00** |
| **One Irvington Centre Associate** 2350 Corporate Park Dr. Suite 110 Herndon, VA 20171 | **1/22/2010** | **$9,000.00** | **$39,527.38** |
| **THREE IRVINGTON CENTER** ACP Mid-Atlantic LLC 2350 Corporate Park Dr., #110 Herndon, VA 20171 | **1/22/2010** | **$17,000.00** | **$133,488.30** |
| **PEPCO - SCHOOL** PO Box 4863 Trenton, NJ 08650 | **11/27/2009, 11/20/2009, 2/5/10** | **$4,826.93** | **$11,330.95** |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

4

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **One Irvington Centre Associates, LLC v. Actors Studio, Inc. d/b/a John Robert Powers International Ltd. Case No.SEJ #864** | **Collection** | **District Court of Maryland for Montgomery County 27 Courthouse Sq. Rockville, MD 20850** | **Continued** |
| **One Irvington Centre Associates, LLC v. Actors Studio, Inc. d/b/a John Robert Powers International Ltd. Case No. SEJ 865** | **Collection** | **District Court of Maryland for Montgomery County 27 Courthouse Sq. Rockville, MD 20850** | **Continued** |
| **One Irvington Centre Associates, LLC v. Actors Studio, Inc. d/b/a John Robert Powers International Ltd. Case No.SEJ #866** | **Collections** | **District Court of Maryland for Montgomery County 27 Courthouse Sq. Rockville, MD 20850** | **Continued** |
| **HRLP Raleigh, L.P. v. Actor's Studio, Inc. d/b/a "John Robert Powers" Case No. 09CV024910** | **Collections** | **Superior Court of the State of North Carolina** | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dunlap, Grubb & Weaver, PLLC** **199 Liberty St, SW** **Leesburg, VA 20175-2715** | **2/8/2010** | **$7,096.50** |

### 10. Other transfers

| None ■ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
|---|---|

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11.  Closed financial accounts**

None

�■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None

�■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None

�■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None

�■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None

�■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None

�■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Actors Studio, Inc.** | **68-0489948** | **702 King Farm Blvd. Rockville, MD 20850** | **Modeling & acting consulting company** | **05/1/2002-Present** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **J.M. Rose**<br>**PO Box 519**<br>**Woodland Hills, CA 91365** | **Services rendered 2002 through 2008** |
| **Updegrove, Combs, McDaniel**<br>**5 Loudoun St, SW**<br>**Leesburg, VA 20175** | **2/15/2010** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **J.M. Rose** | **PO Box 519**<br>**Woodland Hills, CA 91365** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **George Caceres** **11300 Glen Road** **Potomac, MD 20854** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None □ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Michael D. Palance** **702 King Farm Blvd** **Rockville, MD 20850** | **Vice-President** | **July 1, 2009** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**March  8, 2010**_____          Signature    __**/s/ George Caceres**_____

                                                                  **George Caceres**
                                                                  **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Maryland

In re  **Actors Studio Inc.** _____,  Case No. _____
                                Debtor

                                                  Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **George Caceres** **11300 Glen Road** **Potomac, MD 20854** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**March  8, 2010**_____        Signature  **/s/ George Caceres**_____
                                                    **George Caceres**
                                                    **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of Maryland

In re   **Actors Studio Inc.**                                        Case No.

Debtor(s)                                   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  8, 2010**                        **/s/ George Caceres**

**George Caceres**/**President**
Signer/Title

4382048 Canada Inc.
Lotus Realty Inc.
400 Sauve West
Montreal QC H3L 1Z8


Alliance Collection Agencies
3916 S. Business Park Ave
PO Box 1267
Marshfield, WI 54449-7267


APS Holdings, LTD
119 Spadina Avenue, Suite 401
M5V 2L1, Canada
Toronto, ON


BROADWING (LEVEL 3 COMMUICATIONS LLC)
712 N. MAIN ST
COUDERSPORT, PA 16915


CLEAR CHANNEL BROADCASTING INC
5567 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


CORPORATE EXPRESS
PO BOX 95708
CHICAGO, IL 60694-5708


CUMMING & PARTNERS
PEINA GUAN ACCOUNTING
10TH FLOOR, 45 ST CLAIR AVENUE WEST
TORONTO, ON M4V 1K9, MD 20850


DATAWATCH SYSTEM
SUITE 500 4401 EAST WEST HIGHWAY
BETHESDA, MD 20814

FIORE FLORAL
FALLSGROVE VILLAGE CENTER
14937-A SHADY GROVE RD
ROCKVILLE, MD 20850


Front & Simcoe, Ltd
119 Spadina Avenue, Ste. 401
M5V 2L1, Canada
Toronto, ON


George Caceres
11300 Glenn Road
Potomac, MD 20854


IKON FINANCIAL SERVICES
PO BOX 41564
PHILADELPHIA, PA 19101-1564


IKON Financial Services
PO Box 6338
Macon, GA 31208-6338


IKON FINANCIAL SERVICES
PO BOX 4156
PHILADELPHIA, PA 19101


IKON FINANCIAL SERVICES
PO BOX 91115
MACON, GA 31208


IKON OFFICE SOLUTIONS
855 WINDING BROOK DRIVE
GLASTONBURY, CT 06033


Inter-Credit International Ltd.
2nd Floor, South Point House
1 Chase Road
Southgate, London, N14 6JT

JM ROSE
5236 TOPANGA CANYON BLVD
WOODLAND HILLS, CA 91364


Joseph Mann Creed
20600 Chagrin Blvd., Suite 550
Shaker Heights, OH 44122-5340


JRP Vancouver, Inc.
147 Spadina Ave. Suite 201
M5V 2L7, Canada
Toronto, ON


LAMBDA GRAPHICS
1125 NORTH MCCADDEN PLACE  SUITE 108
LOS ANGELES, CA 90038


Level (3)
P.O. Box 952061
Saint Louis, MO 63195-2061


MARCUS THEATRES CORPORATION
3916 S BUINESS PARK AVE
PO BOX 1267
MARSHFIELD, WI 54449-7267


MASERATI FINANCIAL SERVICES
PO BOX 7247-0330
PHILADELPHIA, PA 19170


MERCEDES-BENZ FINANCIAL
PO BOX 9001921
LOUISVILLE, KY 40290


MICHAEL PALANCE
702 KING FARM BLVD
ROCKVILLE, MD 20850

MRA COMPLETE GRAPHICS
520 S. CLAUDINA ST UNIT O
ANAHEIM, CA 92805


MUZAK
3318 LAKEMONT BLVD
FORT MILL, SC 29708


NATIONAL CINEMEDIA, LLC
9100 E. Nichols Ave
Suite 200
Englewood, CO 80112


One Irvington Centre Associate
ACP Mid-Atlantic LLC
2350 Corporate Park Dr., #110
Herndon, VA 20171


ONE IRVINGTON CENTRE ASSOCIATES LLC
ACP MID-ATLANTIC LLC
2350 CORPORATE PARK DR SUITE 110
HERNDON, VA 20171


PEPCO - SCHOOL
PO BOX 4863
TRENTON, NJ 08650


PROFESSIONAL IMAGE BY ROSEMARY
223 E 11TH STREET
SIOUX FALLS, SD 57104


Saltsman Family Holdings LTD
119 Spadina Ave, Ste. 401
M5V 2L1, Canada
Toronto, ON

The Fashion Building
119 Spadina Avenue, Ste. 401
M5V 2L1, Canada
Toronto, ON


THE GROVE HOTEL
245 SOUTH CAPITOL BLVD
BOISE, ID 83702


THREE IRVINGTON CENTRE ASSOCIATES
ACP MID-ATLANTIC LLC
CORPORATE PARK DR. SUITE 110
HERNDON, VA 20171


Three Irvington Ctr Associates
ACP Mid-Atlantic LLC
2350 Corporate Park Dr., #110
Herndon, VA 20171


TOTAL REFRIGERATION SERVICE
16000 TRADE ZONE AVE, SUTIE 204
UPPER MARLBORO, MD 20772


WHUR-FM
529 BRYANT STREET
NW WASHINGTON, DC 20059


WIAD-FM
CBS RADIO WASHINGTON DC
4200 PARLIAMENT PLACE SUITE 300
LANHAM, MD 20706


WJZW-(Szabo Associates, Inc.)
3355 LENOX ROAD
NINTH FLOOR
ATLANTA, GA 30326

```
WLZL
CBS RADIO WASHINGTON DC
4200 PARLIAMENT PLACE SUITE 300
LANHAM, MD 20706


WPGC-FM
CBS RADIO WASHINGTON, DC
4200 PARLIAMENT PLACE SUITE 300
LANHAM, MD 20706


Z101-CKEY
CKEY/Z-101
PO BOX 275
NIAGARA FALLS, NY 14302-9998
```

# United States Bankruptcy Court
## District of Maryland

In re   **Actors Studio Inc.** _____

                                        Debtor(s)

Case No. _____

Chapter   **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Actors Studio Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  8, 2010** _____

Date

**/s/ Thomas M. Dunlap** _____

**Thomas M. Dunlap 27525**

Signature of Attorney or Litigant

Counsel for   **Actors Studio Inc.** _____

**Dunlap, Grubb & Weaver, PLLC**
**199 Liberty St, SW**
**Leesburg, VA 20175-2715**
**703-777-7319 Fax:703-777-3656**
**mail@dglegal.com**