7:11 PM
03/05/10
Cash Basis

# Actors Studio Inc.
# Balance Sheet
## As of February 28, 2010

|  | Feb 28, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Chevy Chase - 078-5 | -15,045.38 |
| US Bank - 0058 | -2,655.23 |
| **Total Checking/Savings** | -17,700.61 |
| | |
| **Other Current Assets** | |
| Century 21 Security Deposit | 2,650.00 |
| Corp Apt. At King Farm Apts. | 400.00 |
| Huntington At King Farm Sec Dep | 1,615.00 |
| Montg Mall Security Deposit | 500.00 |
| Pet Deposit | 500.00 |
| Security Deposit - Access 2 Go | 6,000.00 |
| Three Irvington Center Sec. Dep | 12,388.39 |
| **Total Other Current Assets** | 24,053.39 |
| | |
| **Total Current Assets** | 6,352.78 |
| | |
| **Fixed Assets** | |
| 4 Drawer Lateral Files x 2 | 360.00 |
| Banner Stands | 3,386.07 |
| Computers | 11,498.37 |
| Credit Card Machine | 732.65 |
| Music Coupler | 56.00 |
| Network Printer | 899.00 |
| Office Furniture | 28,049.20 |
| Phone System | 5,720.00 |
| Picture Frames | 7,623.83 |
| Sonicwall Firewall | 1,432.42 |
| Telephone Equipment | 185.00 |
| Term Server | 1,415.74 |
| Video Equipment | 2,101.91 |
| **Total Fixed Assets** | 63,460.19 |
| | |
| **TOTAL ASSETS** | 69,812.97 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -16,171.12 |
| **Total Accounts Payable** | -16,171.12 |
| | |
| **Credit Cards** | |

7:11 PM
03/05/10
Cash Basis

# Actors Studio Inc.
## Balance Sheet
### As of February 28, 2010

|  | Feb 28, 10 |
|---|---:|
| CC SunTrust -8515 | 587.69 |
| **Total Credit Cards** | 587.69 |
|  |  |
| **Other Current Liabilities** |  |
| Loan from Estilo | 17,000.00 |
| Loan from George Caceres | 38,000.00 |
| Loan from Michael Palance | 33.91 |
| **Total Other Current Liabilities** | 55,033.91 |
|  |  |
| **Total Current Liabilities** | 39,450.48 |
|  |  |
| **Total Liabilities** | 39,450.48 |
|  |  |
| **Equity** |  |
| Opening Bal Equity | 562,881.60 |
| Retained Earnings | -460,297.55 |
| Net Income | -72,221.56 |
| **Total Equity** | 30,362.49 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 69,812.97 |