7:12 PM
03/05/10

# Actors Studio Inc.
## Statement of Cash Flows
### February 2010

|  | Feb 10 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -34,491.30 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Loan from George Caceres | 38,000.00 |
| Net cash provided by Operating Activities | 3,508.70 |
| | |
| Net cash increase for period | 3,508.70 |
| | |
| Cash at beginning of period | -21,209.31 |
| Cash at end of period | -17,700.61 |