7:09 PM
03/05/10
Cash Basis

# Actors Studio Inc.
# Profit & Loss
## February 2010

|  | Feb 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 99,903.84 |
| **Total Income** | 99,903.84 |
| | |
| **Expense** | |
| **Advertising** | |
| Promotions | 1,770.00 |
| Radio | 24,315.25 |
| **Total Advertising** | 26,085.25 |
| | |
| **Automobile Expense** | |
| Auto Insurance | 1,854.25 |
| Maserati - Lease | 2,584.66 |
| Mercedes Lease-G55 AMG-MP | 2,698.81 |
| **Total Automobile Expense** | 7,137.72 |
| | |
| **Bank Service Charges** | |
| Analysis Service Charge | 356.45 |
| Miscellaneous Debit | 135.33 |
| NSF Fee | 105.00 |
| Return Item Fee | 30.00 |
| Returned Deposited Item Fee | 10.00 |
| Visa Mastercard ProcessingFee | 128.15 |
| **Total Bank Service Charges** | 764.93 |
| | |
| **Insurance** | |
| Bus Own and Liability | 1,585.05 |
| **Total Insurance** | 1,585.05 |
| | |
| **Payroll Expenses** | |
| Paychex Fees | 1,379.00 |
| Paychex Payroll | 14,657.75 |
| Paychex Taxpay | 4,993.08 |
| **Total Payroll Expenses** | 21,029.83 |
| | |
| **Professional Fees** | |
| Consulting | 4,805.00 |
| Legal Fees | 38,024.57 |
| Management Fee | 10,000.00 |
| **Total Professional Fees** | 52,829.57 |
| | |
| **Royalties** | |
| 1% Adv Fee | 0.00 |
| 10% Royalties | 12,922.00 |

7:09 PM
03/05/10
Cash Basis

# Actors Studio Inc.
# Profit & Loss
## February 2010

|  | Feb 10 |
|---|---:|
| Total Royalties | 12,922.00 |
|  |  |
| **Telephone** |  |
|   Office Phone | 876.43 |
| Total Telephone | 876.43 |
|  |  |
| **Travel & Ent** |  |
|   Taxi | 539.33 |
| Total Travel & Ent | 539.33 |
|  |  |
| **Utilities** |  |
|   Electric | 1,625.03 |
| Total Utilities | 1,625.03 |
|  |  |
| Total Expense | 125,395.14 |
|  |  |
| Net Ordinary Income | -25,491.30 |
|  |  |
| **Other Income/Expense** |  |
|   Other Expense |  |
|     StopPay and NSF | 9,000.00 |
|   Total Other Expense | 9,000.00 |
|  |  |
| Net Other Income | -9,000.00 |
|  |  |
| **Net Income** | **-34,491.30** |