Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

Bankruptcy Proceeding No.:  10−14778
Judge:  Thomas J. Catliota

In Re:  Actors Studio Inc.
Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 6500 Cherrywood Lane, Courtroom 3−E, Greenbelt, MD 20770

on 4/21/10 at 11:00 AM

to consider and act upon the following:

7 − Application to Employ Dunlap, Grubb & Weaver, PLLC as Attorney and Verified Statement of Proposed Party Filed by Actors Studio Inc.. (Attachments: # (1) Affidavit Declaration of Attorney# (2) Proposed Order Order to Employ Attorney) (Dunlap, Thomas)

23 − Objection on behalf of US Trustee − Greenbelt Filed by Jeanne M. Crouse (related document(s)[7] Application to Employ filed by Debtor Actors Studio Inc.). (Attachments: # (1) Proposed Order) (Crouse, Jeanne)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 3/31/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, V Harper410−962−4075