_____                              _X_ RETAIN
Thomas J. Catliota , U.S. BANKRUPTCY JUDGE        Evidentiary Hrg: Y (N)

PROCEEDING MEMO - CHAPTER 11

Date: 04/21/2010 Time: 11:00

10-14778 Actors Studio Inc.

Thomas M. Dunlap representing Actors Studio Inc. (Debtor)

No Trustee Assigned (Trustee)

Jeanne M. Crouse representing US Trustee - Greenbelt (U.S. Trustee)

[7]   Application to Employ Dunlap, Grubb & Weaver, PLLC as Attorney and Verified Statement of Proposed Party Filed by Actors Studio Inc.. (Attachments: # (1) Affidavit Declaration of Attorney# (2) Proposed Order Order to Employ Attorney)
Movant:  Actors Studio Inc.     BY T Dunlap;

[23]  Objection on behalf of US Trustee - Greenbelt Filed by Jeanne M. Crouse (related document(s)[7] Application to Employ filed by Debtor Actors Studio Inc.). (Attachments: # (1) Proposed Order)
Movant:  US Trustee - Greenbelt BY J Crouse;

[27]  Debtor's Supplemental Memorandum In Support on behalf of Actors Studio Inc. Filed by Thomas M. Dunlap (related document(s)[7] Application to Employ filed by Debtor Actors Studio Inc., [23] Objection filed by U.S. Trustee US Trustee - Greenbelt). (Dunlap, Thomas) Modified on 4/2/2010 (Maloney-Raymond, M).
Movant:  Actors Studio Inc.     BY T Dunlap;

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____
Other_____
Confirmed_____ as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____


DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot____ Dismissed____ Relief by Operation of Law (no order req.)_____
Continued to: 4/28/10 @ 11:00 a.m.

DECISION:

[ ]  Signed by Court      [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel         [ ]  Court
     [ ]  Respondent's counsel     [ ]  Other _____

NOTES: