

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ACTORS STUDIO INC. | ) | Case No.10-14778 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF
## THE LAW FIRM OF COHEN, BALDINGER & GREENFELD, LLC

    Upon the Application of the Trustee, praying for authority to employ and appoint the law firm of Cohen, Baldinger & Greenfeld, LLC, under a general retainer to represent the Trustee and upon the Declaration of Steven H. Greenfeld establishing that he is a member of the firm of Cohen, Baldinger & Greenfeld, LLC and that neither he nor the firm of Cohen, Baldinger & Greenfeld, LLC are interested persons herein and that he is an attorney duly admitted to practice in the State of Maryland and in this Court, the employment of the law firm of Cohen, Baldinger & Greenfeld, LLC, is necessary and would be in the best interests of the Estate, and the Office of the U.S. Trustee having been served with said Application, IT IS

    ORDERED:    That the Trustee be, and the same hereby is authorized to employ the law firm of Cohen, Baldinger & Greenfeld, LLC, to represent it in this proceeding with all

compensation and reimbursement of expenses subject to the approval of this Court after notice and the opportunity for hearing.

Copies to:

Steven H. Greenfeld, Esq.

Office of the U.S. Trustee

Eugene W. Policastri, Esq.

Thomas M. Dunlap, Esq.

**END OF ORDER**